MARY DOBBINS, as Administratrix of the Estate of JOHN DOBBINS, Deceased, Respondent, *v.* MOSES E. MUMBLOW et al., Appellants, Impleaded with Another.

IDA REDDICK, as Administratrix of the Estate of MARTHA GRAY, Deceased, Respondent, *v.* MOSES E. MUMBLOW et al., Appellants, Impleaded with Another.

HELEN BLYTHE, as Administratrix of the Estate of JOHN O. BLYTHE, Deceased, Respondent, *v.* MOSES E. MUMBLOW et al., Appellants, Impleaded with Another.

Argued April 14, 1941; decided May 22, 1941.

*Patrick J. Tierney, Martin N. Whyman* and *Louis L. Resnick* for appellants.

*F. Claude O'Connell* for Mary Dobbins, as administratrix, et al., respondents.

*Harry P. Kehoe* for Helen Blythe, as administratrix, respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.